**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00419-RBJ

VALERIE GONZALES and
TRACI EATON,

      Plaintiffs,

v.

KATCHEN AND COMPANY,
GEORGE TURK, and
HELEN TURK,

      Defendants.

---

**ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

THIS MATTER coming before the Court on the Stipulated and Unopposed Motion for Dismissal with Prejudice [ECF No. 28], and the Court being fully advised in the premises:

IT IS HEREBY ORDERED:

This action is hereby dismissed with prejudice.

Each party shall pay their own fees and costs in connection with this action.

DATED this 1st day of June, 2015.

                    BY THE COURT:

                    */s/ Brooke Jackson*

                    R. Brooke Jackson
                    United States District Judge